### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALINE FINNEMAN, an individual<br><br>Plaintiff,<br><br>v.<br><br>DELTA AIRLINES, INC., a Delaware corporation,<br><br>Defendant. | **AMENDED SCHEDULING ORDER**<br><br>Case No.: 2:19-cv-00327-HCN-CMR<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Cecilia M. Romero |

| 1. | | **PRELIMINARY MATTERS** | **DATE** |
|---|---|---|---|
| | | Nature of the Claims and Affirmative Defenses: retaliation for engaging in opposition to unlawful discrimination and harassment.  Defendant has asserted affirmative defenses which can be found in its Answer to the Complaint, Dkt. No. 17, and Defendant asserts any and all other available factual and legal defenses. | |
| | a. | Date the Rule 26(f)(1) conference was held? | *8/15/2019*, *8/23/2019*, and *8/27/2019*. |
| | b. | Have the parties submitted the Attorney Planning Meeting Report? | *8/27/2019* |
| | c. | Deadline for 26(a)(1) initial disclosures? | *10/03/2019* |
| 2. | | **DISCOVERY LIMITATIONS** | **NUMBER** |
| | a. | Maximum number of depositions by Plaintiff(s): | *10* |

1

|  |  |  |
|---|---|---|
| b. | Maximum number of depositions by Defendant(s): | *10* |
| c. | Maximum number of hours for each deposition (unless extended by agreement of parties): | *7 (The parties agree that Plaintiff's deposition may exceed 7 hours if necessary and reasonable)* |
| d. | Maximum interrogatories by any party to any party: | *30* |
| e. | Maximum requests for admissions by any party to any party: | *25* |
| f. | Maximum requests for production by any party to any party: | *30* |
| g. | The parties shall handle discovery of electronically stored information as follows: Potentially relevant electronically stored information will be preserved, and such information will be produced as required by the Federal Rules of Civil Procedure. | |
| h. | The parties shall handle a claim of privilege or protection as trial preparation material asserted after production as follows: the parties agree to proceed in accordance with Fed. R. Civ. P. 26(b)(5)(B). | |
| i. | Last day to serve written discovery: | *12/28/2020* |
| j. | Close of fact discovery: | *1/27/2021* |

**3.    AMENDMENT OF PLEADINGS/ADDING PARTIES**[1]                    **DATE**

    a.    Last day to file Motion to Amend Pleadings:

                                                   Plaintiff:    *9/12/2019*

                                                   Defendant:    *9/19/2019*

---

[1] Counsel must still comply with the requirements of Fed. R. Civ. P. 15(a).

|   |   |   |
|---|---|---|
| b. | Last day to file Motion to Add Parties: | |
| | Plaintiff: | *9/12/2019* |
| | Defendant: | *9/19/2019* |

| 4. | **RULE 26(a)(2) EXPERT DISCLOSURES & REPORTS** | **DATE** |
|---|---|---|
| | **Disclosures (subject and identity of experts)** | |
| a. | Party(ies) bearing burden of proof: | *2/15/2021* |
| b. | Counter disclosures: | *3/15/2021* |
| | **Reports** | |
| a. | Party(ies) bearing burden of proof: | *2/15/2021* |
| b. | Counter reports: | *3/15/2021* |

| 5. | **OTHER DEADLINES** | **DATE** |
|---|---|---|
| a. | Last day for expert discovery: | *4/15/2021* |
| b. | Deadline for filing dispositive or potentially dispositive motions: | *5/17/2021* |
| c. | Deadline for filing partial or complete motions to exclude expert testimony: | *5/24/2021* |

| 6. | **SETTLEMENT/ALTERNATIVE DISPUTE RESOLUTION** | **DATE** |
|---|---|---|
| a. | Likely to request referral to a magistrate judge for settlement conference: | *No* |
| b. | Likely to request referral to court-annexed arbitration: | *No* |
| c. | Likely to request referral to court-annexed mediation: | *No* |
| d. | The parties may engage in private alternative dispute resolution after dispositive motions are ruled upon | |
| e. | Evaluate case for settlement/ADR on: | *1/15/2021* |

  f. Settlement probability: Poor.

*4 days*

**7.**  **TRIAL AND PREPARATION FOR TRIAL**

Deadline for filing a request for a scheduling conference with the district judge for the purpose of setting a trial date if no dispositive motions are filed. 5/24/2021

If dispositive motions are filed and the district judge's ruling on these motions does not resolve the case, the parties shall file a request for a scheduling conference with the district judge for the purpose of setting a trial date no later than one week after the ruling on the dispositive motions.

**8.**  **OTHER MATTERS**

Parties should fully brief all Motions in Limine well in advance of the pretrial conference.

DATED this 9 October 2020.

_____
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah