# EXHIBIT A

**UINTAH COUNTY, STATE OF UTAH**
**CAREER SERVICE COUNCIL**
**Referred for Administrative Law Judge Review**

| | |
|---|---|
| JOSEPH MCKEA,<br><br>　　　　　Appellant,<br><br>vs.<br><br>UINTAH COUNTY,<br><br>　　　　　Appellee. | **SECOND AMENDED SCHEDULING ORDER**<br><br>Administrative Law Judge J. Richard Catten |

　　　　On September 24, 2019, Appellant Joseph McKea ("McKea" or "Appellant") submitted his written grievance of the termination of his employment from Uintah County (the "County" or "Appellee"). Mr. McKea's grievance was referred to the undersigned Administrative Law Judge pursuant to County Policy 610(10).

　　　　The hearing in this matter has been scheduled for October 14-15, 2020, with a start time of 9:00 a.m. on each day. The hearing is currently set to take place at the County's Administration Building located at 152 East 100 North, Vernal, Utah 84078. However, if the circumstances created by COVID-19 present unacceptable infection risks for an in-person hearing, the hearing may need to take place remotely via internet video conferencing. The undersigned Administrative Law Judge will reassess this issue as the hearing dates approach.

　　　　The parties are directed to serve their pre-hearing disclosures wherein they identify witnesses and exhibits for the hearing no later than September 18, 2020. The parties are further directed to provide a courtesy copy of their disclosures to the undersigned Administrative Law

1

Judge no later than September 18, 2020. To avoid duplication of exhibits, the parties are directed to submit a set of joint exhibits which will be admitted into the record on the first day of the hearing.

If there are any objections to exhibits, the parties are directed to submit their objections to the undersigned Administrative Law Judge, in writing, no later than October 2, 2020, and those objections will be ruled upon accordingly. Any objection other than those asserted pursuant to Utah R. Evid. 401 and/or 403 not submitted by October 2, 2020 is waived.

The parties are further directed to coordinate the order of witnesses for the hearing, and to submit a pre-hearing list of the order of witnesses to the undersigned Administrative Law Judge no later than October 2, 2020.

The parties have stipulated to a trial deposition of Commissioner Brad Horrocks, which will take place on September 22, 2020, at 9:00 a.m. The trial deposition will be taken remotely via Zoom videoconference, and the audio and video from that deposition will be recorded. At the conclusion of the deposition, the audio/video recording shall be provided to the undersigned Administrative Law Judge, who will rule on any objections asserted during the deposition.

Dated this the 20th day of August, 2020.

J. Richard Catten
Administrative Law Judge

2