# EXHIBIT C

| | |
|---|---|
| **From:** | Dave Dibble |
| **To:** | Austin Egan |
| **Cc:** | Rick Thaler |
| **Subject:** | RE: Delta/Finneman"s - Delta"s Discovery Response |
| **Date:** | Monday, December 28, 2020 3:06:48 PM |

Great.  Thanks, Austin.  Happy new year to you as well.

**From:** Austin Egan [mailto:austin@stavroslaw.com]
**Sent:** Monday, December 28, 2020 12:52 PM
**To:** Dave Dibble
**Cc:** Rick Thaler
**Subject:** RE: Delta/Finneman's - Delta's Discovery Response

**CAUTION: EXTERNAL EMAIL**

Dave,

Yes, I will stipulate to January 25 as the deadline for Delta's responses.

I wish you and Rick a Happy New Year.

- Austin


**From:** Dave Dibble <ddibble@rqn.com>
**Sent:** Monday, December 28, 2020 9:49 AM
**To:** Austin Egan <austin@stavroslaw.com>
**Cc:** Rick Thaler <rthaler@RQN.COM>
**Subject:** Delta/Finneman's - Delta's Discovery Response

Hi Austin,

I hope you're enjoying the holidays.  I am writing to request an extension of the deadline for Delta's response to Ms. Finneman's first set of discovery requests.  While we have been working to collect responsive information, the holidays have delayed that effort.  Please let us know if you will agree to extend the deadline by several weeks until Monday, January 25, 2021.

Thanks,
Dave

Dave Dibble | Ray Quinney & Nebeker P.C.  | 36 South State Street, Suite 1400 | Salt Lake City, Utah 84111
Direct: +1 (801) 323-3370 | Facsimile: +1 (801) 532-7543 | www.rqn.com | vCard
This email is from a law firm and may contain privileged or confidential information.  Any unauthorized disclosure, distribution, or other use of this email and its contents is prohibited.  If you are not the intended recipient, please contact the sender and delete this email. Thank you.