# EXHIBIT F

| | |
|---|---|
| **From:** | Dave Dibble |
| **To:** | Austin Egan |
| **Cc:** | Doris Vanden Akker; Andrew Stavros; Rick Thaler; Jascha Clark |
| **Subject:** | Re: Finneman v. Delta Airlines |
| **Date:** | Friday, February 5, 2021 8:43:05 AM |

Austin,

I really wish we could agree to your request, but in the best interest of our client we cannot agree to reopen discovery. Although you frame it as request for an extension, it is actually a request to reopen discovery. Our client has already spent great resources litigating against a claim we believe is without merit.

Again, given our good relationship I wish could agree, but it would be a disservice to our client.

Unfortunately, I'm traveling to a remote part of Arizona today for an urgent matter, so I may not have reception, but I'll try to check correspondence where I can.

Sent from my iPhone

Dave Dibble | Ray Quinney & Nebeker P.C. | 36 South State Street, Suite 1400 | Salt Lake City, Utah 84111
Direct: +1 (801) 323-3370 | Facsimile: 801-532-7543 | www.rqn.com | vCard
This email is from a law firm and may contain privileged or confidential information. Any unauthorized disclosure, distribution, or other use of this email and its contents is prohibited. If you are not the intended recipient, please contact the sender and delete this email. Thank you.

> On Feb 4, 2021, at 3:39 PM, Austin Egan <austin@stavroslaw.com> wrote:
>
> **CAUTION: EXTERNAL EMAIL**
>
> Rick and Dave,
>
> With the correct scheduling order in hand, I request an additional 60 days of fact discovery for Ms. Finneman's second set of discovery requests and to take a 30(b)(6) deposition of Delta, along with depositions of Don McLeish, Marc Stetler, and Niki Alusa.
>
> As you know, I took over this case fairly late in the game, and due to a variety of circumstances, I have not had a sufficient amount of time to complete depositions and written discovery. 60 days should be sufficient time.
>
> I need to move fairly quickly on this so please let me know whether you will stipulate to this request by the close of business tomorrow.
>
> - Austin