FREDERICK R. THALER (7002)
DAVID B. DIBBLE (10222)
JASCHA K. CLARK (16019)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email:  rthaler@rqn.com
        ddibble@rqn.com
        jclark@rqn.com

*Attorney for Defendant*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALINE FINNEMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DELTA AIRLINES, INC., a Delaware corporation,<br><br>Defendant. | **DEFENDANT'S RESPONSE TO PLAINTIFF'S OBJECTION TO DEFENDANT'S OPPOSITION MEMORANDUM**<br><br>Case No.: 2:19-cv-00327<br><br>District Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Cecilia M. Romero |

Pursuant to local rule DUCivR 7-1, Defendant Delta Air Lines, Inc. ("**Delta**") respectfully submits this response to Plaintiff Aline Finneman's ("**Plaintiff**") Objection to Defendant's Opposition Memorandum. (Dkt. No. 31.)

Delta responds that Plaintiff's Objection is not the proper procedural vehicle for complaining about an overlength brief. Objections are limited to opposition to *evidence*

contained in response or reply memoranda.  *See* DUCivR 7-1(b)(1).  Instead, Plaintiff should have filed a motion to strike the overlength portions of Delta's brief.

To the extent that the Court intends to consider Plaintiff's Objection, Delta opposes Plaintiff's Objection for the reasons set forth in Delta's Motion for Leave to File Overlength Opposition to the Motion to Amend Scheduling Order or, in the Alternative, Leave to File a Corrected Brief in Compliance with DUCivR 7-1 ("**Motion**").  (*See* Dkt. No. 34.)  Delta further responds that any objection will be mooted if the Court grants Delta's Motion.

DATED this 2nd day of March, 2021.

RAY QUINNEY & NEBEKER P.C.

 /s/ David B. Dibble
Rick Thaler
David B. Dibble
Jascha K. Clark

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March, 2021, I caused a true and correct copy of the foregoing **DEFENDANT'S RESPONSE TO PLAINTIFF'S OBJECTION TO DEFENDANT'S OPPOSITION MEMORANDUM** to be filed with the Clerk of Court using the Court's ECF System which sent notice to the following:

>Andrew W. Stavros
>Austin Egan
>Andrew Fox
>STAVROS LAW P.C.
>8915 South 700 East, Suite 202
>Sandy, Utah 84070
>andy@stavroslaw.com
>austin@stavroslaw.com
>fox@stavroslaw.com

>*/s/ Doris Van den Akker*

1559088