# EXHIBIT 11

Case: 2017-12-590 - Helpline Phone
Human Resources - ACS/Cargo
Delta Policy Violations

## Case Snapshot

**Opened:** 12/20/2017 4:05 PM
**Days open:** 49
**Last modified:** 2/8/2018 2:47 PM
**Date closed:** 2/8/2018
**Intake method:** Helpline Phone
**Status:** Closed
**Alert:** Green

## General Case Info

**Case number:** 2017-12-590
**Received/Reported date:** 12/20/2017
**Language:** English
**Assigned tier:** Human Resources - ACS/Cargo

**Issue**
**Primary issue:** Delta Policy Violations

## Case Details

**Reported tier information**
**Case type:** Allegation
**Intake method:** Helpline Phone

**Location**
**Organization/Building name:** Delta Air Lines, Inc.
**Location name:** SLC
**City:** Salt Lake City
**State/province:** UT
**Country:** United States

**Reporter contact information**
**Reporter anonymous:** Yes

**Case Information**
**Delta Category:** 2
**What is your relationship to Delta Air Lines?** Employee
**Please identify the person(s) engaged in this behavior:** Aline Finneman - ramp supervisor
**Do you suspect or know that a supervisor or management is involved?** Yes
**If yes, then who?** Aline Finneman, ramp supervisor
**Is management aware of this problem?** Yes
**What is the general nature of this matter?** Falsification of bag weight
**Where did this incident or violation occur?** Salt Lake City Airport
Ticket Counter
(exact street address unknown)
Salt Lake City, UT 84118


EXHIBIT 24
WIT:
DATE:
ADVANCED REPORTING SOLUTIONS

DELTA000061

**Please provide the specific or approximate time this incident occurred:** The incident occurred on December 17 or 18, 2017.
**How long do you think this problem has been going on?** Once
**How did you become aware of this violation?** I observed it
**Will the event or events you describe occur within the next 24 hours?** Do Not Know / Do Not Wish To Disclose
**Details:** On December 17 or 18, 2017, Aline checked in her own bags for a flight, and her bags were very heavy. Aline changed the weight documentation for her bags in the computer. The caller said employees are very particular about the weight of bags, and bags are required to weigh under a certain number of pounds.

The caller said other employees notified Maria Tonga, ticket counter supervisor, of Aline's bag weight falsification.

### Follow-ups

There are no additional notes for this incident.

### Questions/Comments and Reporter Responses

**12/21/2017 10:17 AM - Gail Perdue**
**Comment:** Thank you for contacting the Delta Ethics and Compliance HelpLine. Delta takes your concerns and all reports made to the Helpline seriously. We have forwarded your report to the appropriate Delta Human Resources professional for handling. If any additional information is needed from you, we will get in touch with you either through a follow up message on the HelpLine or by using your contact information if you provided it as part of this report. We will also notify you once Delta has concluded its investigation into this matter. Please understand, however, due to Delta's confidentiality policy, we will not be able to share specific information about Delta's findings or actions taken. Thank you again for bringing your concerns to Delta's attention.

**2/8/2018 2:47 PM - Gail Perdue**
**Comment:** Thank you again for sharing your concerns with the Delta Ethics and Compliance Helpline. We are writing to confirm to you that Delta has completed its investigation and taken appropriate action in response to your complaint. Due to Delta's confidentiality policy, we are unable to provide specific information about Delta's findings or its actions taken in response to your report, however, the investigation is now closed. If you have any additional information to provide to Delta regarding this or other matters, please continue to contact the HelpLine. Thank you again for bringing your concerns to Delta's attention.

### Chat Transcripts
There are no chat transcripts for this incident.

### Assignments & Access

**Case assignee(s):** Kelley Nabors (Primary)
**Restricted access:** None
**Case access list:** Alan Arnold; Christine Crawford; Connie Schultz; Dawn Kimmich; Debbie Dudek; Gail Perdue; JeAnne Keal; Judd Davis; Kelley Nabors; Lisa Blackmon; Meg Taylor; Michelle Harris; Sheandra Clark; Trent Howard
**Due date:** 1/22/2018

### Info Contributors

None

### Participants

| Name | Job Title | Relationship | Role | Results | Notes |
|---|---|---|---|---|---|
| Aline Finneman | ramp supervisor | None | None | None | |

## Attachments

### Files

| File | Category | Date | Description |
|---|---|---|---|
| RFT Finneman, Aline 2018-1-28.doc | Other | 1/29/2018 8:42 PM | Ops RFT letter |
| Finneman, Aline (waiver-favor).docx | Other | 1/29/2018 8:42 PM | Ops RFT letter |

## Synopsis

**Outcome of case**
**Primary outcome:** Substantiated
**Secondary outcome 1:** - Select One -
**Secondary outcome 2:** - Select One -
**Action taken:** Termination

**Additional details**
**Potential next steps:** RFT will be sent to ATL on 01/30/18
**Spoken with Reporter:** N/A
**Synopsis notes:** On December 17th, 2017, Aline Finneman approached SLC Ticket Counter with 2 overweight bags. Aline attempted to obtain overweight baggage fees waivers, according to the agent that checked her in and 2 PSA's who were on duty and present during the time of check in. Agent and PSA both advise that bags were well over 50 lbs. (believed to be 58 and 65), and that when they would not make exception to waive the overweight bag fees, Aline Finneman stepped behind the counter and logged in herself to reflect the bags as 50 lbs. each. Aline's PPR is reflected in the transaction history that reflects the bags as 50 lbs. each. When questioned, Aline said her kids redistributed the items from the overweight bags to two other bags that were well under 50 pounds. The agent who checked her in stated that no weight was ever redistributed to lighten these bags and they were sent at the original weight, and Aline changed the weight to reflect 50 lbs. Additionally, in reviewing the video, it is clear that nothing was removed from either bag during the check-in process.

It has been determined that Aline waived her own overweight bag fees after the agent and two PSA's declined her request for a waiver. In addition, Aline was to not truthful during the investigation.

## Tasks

None

## Case Notes

None

## Related Cases

**Cases marked as related to this case**
None