# EXHIBIT 17

| Date | Aline's schedule / details | Other |
|---|---|---|
| 12/16/2017 | Aline's last day worked prior to vacation | |
| 12/17/2017 | Aline calls Don McLeish after travel had occurred | Aline called manager Don McLeish to advise that she had checked herself in at the counter and had just received a call from Maria advising that agents at the counter were talking about this. She advised that she was running late and suggested that agent checking her in was not capable of completing the transaction, so she stepped behiond the counter due to it being close to internation cut off time. |
| 12/17/2017 | RDO | |
| 12/18/2017 | RDO | |
| 12/19/2017 | VAC | |
| 12/20/2017 | VAC | |
| 12/21/2017 | VAC | |
| 12/22/2017 | VAC | |
| 12/23/2017 | VAC | |
| 12/24/2017 | RDO | |
| 12/25/2017 | RDO | |
| 12/26/2017 | VAC | |
| 12/27/2017 | VAC | |
| 12/28/2017 | VAC | |
| 12/29/2017 | VAC | |
| 12/30/2017 | VAC | |
| 12/31/2017 | RDO | |
| 1/1/2018 | RDO | |
| 1/2/2018 | | Manager Don McLeish met with Aline Finneman and discussed the concern raised where Aline supposedly stepped behind the counter and checked herself in, and, at some point, waived overweight bag fees. Aline explained that children had rearranged bags to adjust for the weight, but admitted that she stepped away for a moment to work on work related items. (Aline never advised Don McLeish that she had asked for fees to be waived by PSA and agent) Aline provided statement later that evening that had very little details. |
| 1/3/2018 | | PSA Roland Navarro advised department manager Keith Stowe verbally that Aline said to him "Niki won't waive overweight bag fees for me, she must have got in trouble or something". |
| 1/4/2018 | | Manager Don McLeish met with Aline Finneman to request statement with additional details as the prior statement did not have specifics and differed from other versions of what occurred. |
| 1/5/2018 | | |
| 1/6/2018 | | Aline provided a statement with a bit more details, and shared that at no time did she ask for a waiver for overweight bags. Aline advised that she can rearrage the bags, and states that she asked her kids to rearrage and she stepped away. Aline states "I did not ask for waivers as evident in our ability to move bag weight around prior to checking bags." |
| 1/7/2018 | RDO | |
| 1/8/2018 | RDO | |
| 1/9/2018 | | |
| 1/10/2018 | | |
| 1/11/2018 | | |
| 1/12/2018 | | Lobby PSA Cory Abbot provided statement advising that Aline asked him to waive her overweight bag fees.  Cory advised that Niki Alusa expressed frustration that Aline put 50 lbs in computer to waive the fees |
| 1/13/2018 | RDO | |
| 1/14/2018 | RDO | |
| 1/15/2018 | | |
| 1/16/2018 | | |
| 1/17/2018 | | |
| 1/18/2018 | | |
| 1/19/2018 | | |

EXHIBIT 21
WIT:
DATE:
ADVANCED REPORTING SOLUTIONS

DELTA000057

| Date | Notes |
|---|---|
| 1/20/2018 | PSA Cory Abbot, when asked again about how much the bags weighed, advised he believed the bags were 65 and 56 pounds. |
| 1/20/2018 | Past Dated Record pulled and reflected Aline's PPR associated with her own check in history. 2 bags shown as 50 lbs. |
| 1/20/2018 | Niki Alusa interviewed and provided statement advising that Aline presented 2 bags, weighing 58 and 65 lbs, and when offered opportunity to repack these bags, she choose not to. Aline attempted to secure approval from PSA, but when PSA's would not accomodate, Aline stepped behind counter and changed bags weights herself in her own sine. Niki advised that the bags were not repacked and were sent at 58 and 65 lbs |
| 1/20/2018 | OSM Maria Tonga interviewed and shared that she heard from team members that there was a concern with OSM Aline Finneman checking her family in for non-revenue travel. Maria checked with PSA's and confirmed that Aline had stepped behind counter while checking in for travel. Maria called Aline to hear her side of the story, and claims to be told by Aline that it was okay and that she had asked her kids to redistribute the weight. Maria encouraged Aline to call manager to give heads up on this matter. |
| 1/23/2018 | |
| 1/24/2018 | Last day worked, suspended, MSS transaction completed | Met with Aline to advise of the decision to review employment. |

DELTA000058