# EXHIBIT 19



**Internal Memorandum**

Date: January 29, 2018

**To:**       Josh Jessup, General Manager – Human Resources – ACS/Cargo

**From:**    Kelley Nabors, Senior Manager - Human Resources - ACS/Cargo

**Subject:**  Recommendation for Termination

<u>Employee:</u>                          Aline Finneman, Emp. # 012178, Operational Service Mgr. SLC

<u>Date of Employment:</u>        June 5, 1995 (22 years 7 months)

<u>Current Status:</u>                  Suspended 01/25/18

<u>Previous Disciplinary Action:</u>

N/A

<u>Summary:</u>

Aline Finneman inappropriately waived the overweight bag fees for two bags when
traveling as a non-revenue passenger on December 17, 2017. Aline asked the agent
checking her in and two PSAs to waive the bag fee for two bags belonging to her and her
family. All three employees declined to waive the fees, so Aline logged into the computer
and falsified the weight of the bags to avoid being charged the appropriate fees. Mrs.
Finneman was not forthcoming during the investigation.  Airport Customer Service
recommends termination of Ms. Finneman's employment.

<u>Recommendation:</u>
I agree with Airport Customer Service; Aline Finneman should be asked to resign. If she
refuses, she should be terminated.

<u>Agreement</u>

_____          1-31-18
General Manager – Human Resources          _____
                                                              Date

_____          2-2-18
Managing Director – Human Resources        _____
                                                              Date

EXHIBIT 21
WIT: _____
DATE: _____
ADVANCED REPORTING SOLUTIONS

**DELTA000064**